IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID D. DEBAUCHE,

    Plaintiff,

  v.

WI DEPT. OF CORRECTIONS, K. ANDERSON, MASHAK, SGT. CHATTMAN, JAMIE GOHDE, DR. SUEBKE, DR. SULIENE, DR. MARTIN, DR. STANGE, DR. HOFFMAN, DR. CALLISTER, DR. GRIFFIN, L. WALKER, M. DITTMAN, NURSE DEJARDEN, NURSE WALTERS, and DR. SYED,

    Defendants.

Case No.  17-cv-524-wmc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 3/31/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |