IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID D. DEBAUCHE,

     Plaintiff,

                                       Case No.  17-cv-524-wmc

     v.

WI DEPT. OF CORRECTIONS, MICHAEL
DITTMAN, KAREN ANDERSON,
MEREDITH MASHAK, SGT. CHATTMAN,
JAMIE GOHDE, DR. SUEBKE,
DR. STANGE, DR. CALLISTER,
DR. GRIFFIN, L. WALKER,
NURSE DEJARDEN, NURSE WALTERS,
L. BUCHANAN, SALAMULLAH SYED,
DR. SULIENE, DR. HEINZL,
DR. MARTIN, DR. HOFFMAN, KERHN,
HUNTER AND MARY LEISER,

     Defendants.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case without prejudice.


| /s/ | April 28, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |